UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KIM MORTIMER,

                Appellant,

-against-

HEIDI J. SORVINO, *Chapter 11 Trustee*, et al.,

                Appellees.

20 Civ. 4032 (LGS)

ORDER

LORNA G. SCHOFIELD, United States District Judge:

    The Clerk of Court is respectfully directed to mail a copy of the Order at Dkt. No. 28 to *pro se* Appellant.

Dated: December 9, 2020
       New York, New York

                              LORNA G. SCHOFIELD
                             UNITED STATES DISTRICT JUDGE