UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

In re:

60 91ST STREET CORP.,

                       Debtor.

-------------------------------------------------------------X

KIM MORTIMER,

                       Appellant,                         20 **CIVIL** 4032 (LGS)

         -against-                                      **JUDGMENT**

HEIDI J. SORVINO, as CHAPTER 11 TRUSTEE,

                       Appellee.

-------------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 8, 2021, the Appellant's appeal is DISMISSED, and the Order is AFFIRMED. In the opening memorandum of law, Appellant renews her request to stay all actions with respect to the sale, marketing, auctioning or advertising of the Debtor's assets, which is DENIED as moot.

**Dated:**  New York, New York
          March 9, 2021

                                                              **RUBY J. KRAJICK**

                                                                **Clerk of Court**

                                   **BY:**

                                                                **Deputy Clerk**